**WOLF & WOLF, LLP**
910 Grand Concourse, Ste. 1F
Bronx, New York 10451
(718) 410-0653
Edward H. Wolf (EW-0656)

Attorneys for Defendant Pedro Espada

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
--------------------------------------------------------X
In re:

521 EAST 3RD STREET, LLC,
S&S GRAPHICS, INC., and
S&S DIGITAL, INC.,

Chapter 11 Case
Nos.   04-20319 (ASH)
          03-23559 (ASH)
          03-23560 (ASH)

                    Debtors.
--------------------------------------------------------X
--------------------------------------------------------X
S & S GRAPHICS, INC.,
Debtor-in-Possession,

                    Plaintiff,

        -against-

PEDRO ESPADA,

                    Defendant.
--------------------------------------------------------X

Adv Pro.
No.     04-08827 (ASH)

## NOTICE OF APPEAL

PEDRO ESPADA, the defendant appeals under 28 U.S.C. § 158(a) from the

judgment, order, or decree of the bankruptcy judge granting the plaintiff's application to

enter a default judgment against the defendant in the amount of $ 88,690.43 entered in

this adversary proceeding on the 18th day of May, 2005.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follow:

S & S GRAPHICS, INC., Debtor-in-Possession, Plaintiff-Respondent
Windels Marx Lane & Mittendorf, LLP
Attorneys for Plaintiff-Appellee
156 West 56th Street
New York, New York 10019
(212) 237-1000

PEDRO ESPADA, Defendant-Appellant
Wolf & Wolf, LLP
Attorneys for Defendant-Appellant
910 Grand Concourse, Ste. 1F
Bronx, New York 10451
(718) 410-0653

Dated: Bronx, New York
May 20, 2005

WOLF & WOLF, LLP
Attorneys for Appellant
910 Grand Concourse, Ste. 1F
Bronx, New York 10451
(718) 410-0653

By: _____
Edward H. Wolf (EW-0656)

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Attorneys for Plaintiff, S&S Graphics, Inc.,
    Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

-----------------------------------x
In re:                             :   Chapter 11 Case
                                   :   Nos. 04-20319 (ASH)
521 EAST 3RD STREET, LLC,          :       03-23559 (ASH)
S&S GRAPHICS, INC., and            :       03-23560 (ASH)
S&S DIGITAL, INC.,                 :
                                   :   **JOINTLY ADMINISTERED**
                    Debtors.       :
                                   :
-----------------------------------x
S & S GRAPHICS, INC.,              :
Debtor-in-Possession,              :
                                   :
                    Plaintiff,     :   Adv. Pro.
                                   :   No. 04-08827(ASH)
        -against-                  :
                                   :
PEDRO ESPADA,                      :
                                   :
                    Defendant.     :
-----------------------------------x

## JUDGMENT

Upon the Adversary Complaint of S&S Graphics, Inc. (the "Plaintiff"), dated August 25, 2004, against Defendant, Pedro Espada (the "Defendant"), Adv. Pro. No. 04-08827, for an entry of judgment against Defendant in the sum of Eighty Eight Thousand, Six Hundred Ninety and 43/100 ($88,690.43) Dollars and an Order directing Defendant to pay same to Plaintiff for

{10304153:1}

printing services rendered by Plaintiff to Defendant in the form of flyers, postcards, campaign letters, tee shirts, poster boards and palm cards; the failure of the Defendant to file an Answer after being duly noticed as evidenced by the Affidavit of Service of Jose Rojas, dated September 23, 2004; the Affidavit of Charles E. Simpson, Esq., in Support of Certificate of Default, dated November 23, 2004 and; the Certificate of Default issued by the Clerk of the Bankruptcy Court and dated March 29, 2005;

NOW, upon the Plaintiff's application seeking entry of judgment in this Adversary Proceeding; the Court having taken all of the motions under consideration and due deliberation having been had; it is

ADJUDGED, that the Plaintiff, S&S Graphics, Inc., recover from the Defendant, Pedro Espada, with a last known address of 731 White Plains Road, Bronx, New York 10473, the sum of Eighty Eight Thousand, Six Hundred Ninety and 43/100 ($88,690.43) Dollars.

Dated: White Plains, New York
       May 17, 2005

/s/ Adlai S. Hardin, Jr.
**United States Bankruptcy Judge**

{10304153:1}

## CERTIFICATE OF SERVICE

STATE OF NEW YORK       :
                                          SS:
COUNTY OF BRONX        :

        I, Brian R. Kaufman, hereby certify that I am the paralegal for Wolf & Wolf, LLP, the attorney of record for the defendant herein, and served a copy of the Civil Cover Sheet, Notice of Appeal and Judgment on Windels Marx Lane & Mittendorf, LLP, the Attorney for the Plaintiff, Debtor in Possession at 156 West 56th Street, New York, New York 10019 by mailing and depositing a true copy of said documents in a mailbox located at 910 Grand Concourse, Bronx, New York 10451 on May 23, 2005.

        I certify the following to be true and correct.

Dated: Bronx, New York
      May 23, 2005

                                  Brian R. Kaufman

Sworn to before me this
23rd day of May, 2005

Notary Public

Jason M. Wolf
Notary Public
State of New York
Qualified in Bronx County
# 02WO6085662
Commission Expires 12/30/06